UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HOA NGUYEN FAMILY LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-02574-SVK<br><br>**ORDER DENYING DEFENDANTS' AMENDED ADMINISTRATIVE MOTION FOR RELIEF FROM GENERAL ORDER 56**<br><br>Re: Dkt. No. 17 |

Before the Court is Defendants' amended administrative motion requesting relief from the requirements of General Order 56 ("GO 56"). Dkt. 17. According to Defendants, they have removed or otherwise remedied each of the barriers to access alleged in Plaintiff's Complaint. They therefore ask to be "relieved from the mediation and other requirements of General Order No. 56" and be allowed "to proceed with a motion to dismiss and/or motion for summary judgment" on Plaintiff's claims.

The Court **DENIES** Defendants' request to be relieved of the requirements of GO 56. If the parties agree that the claims for injunctive relief have been resolved, they may stipulate to forego the joint site inspection and move directly to settlement discussions. If Plaintiff does not agree that the claims for injunctive relief have been resolved, Defendants can file a motion for summary judgment and then ask for relief from particular GO 56 requirements. However, in the current posture of this case, the GO 56 requirements remain in place.

**SO ORDERED.**

Dated: June 3, 2021

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge